UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 17-cv-22806-CMA

ANDRES GOMEZ,

    Plaintiff,

v.

TRADER JOE'S COMPANY,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, ANDRES GOMEZ, hereby advises the Court that an amicable settlement has been reached between Plaintiff and Defendant. Plaintiff and Defendant will file a Joint Stipulation of Dismissal With Prejudice once the settlement agreement has been finalized.

Dated: November 21st, 2017

By: */s/Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
FBN: 535451
ALFREDO GARCIA-MENOCAL
FBN: 533610
GARCIA-MENOCAL & PEREZ, P.L.
Marina Lakes, Unit 3
4937 SW 74th Court
Miami, FL 33155
E-Mail: ajperezlaw@gmail.com
agarciamenocal@lawgmp.com
Telephone: 305-553-3464
Facsimile: 305-553-3031

*Attorneys for Plaintiff, DOUG LONGHINI*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21st, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

**GARCIA-MENOCAL, & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone:  (305) 553-3464
Facsimile:  (305) 553-3031
Primary E-Mail: ajperezlaw@gmail.com
Secondary E-Mails: agmlaw@bellsouth.net

By: __*/s/ Anthony J. Perez, Esq.*__
ANTHONY J. PEREZ
Florida Bar No.: 535451
ALFREDO GARCIA-MENOCAL
Florida Bar No.: 533610