UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-22806-CMA

ANDRES GOMEZ,

       Plaintiff,

vs.

TRADER JOE'S COMPANY,
a CALIFORNIA Corporation
qualified to do business in Florida,

       Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Andres Gomez ("Plaintiff") and Defendant, Trader Joe's Company ("Defendant") ("Plaintiff and Defendant are collectively referred to as the Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice.  Attorney's fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement.

Jointly submitted this 17th day of January, 2018.

GORDEN REES SCULLY MANSUKHANI

Counsel for Defendant
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
Telephone: (305) 428-5300
Facsimile:  (877) 644-6209

By: _David M. Gersten, Esq._
    David M. Gersten, Esq.
    Florida Bar No. 205801
    dgersten@gordonrees.com

GARCIA-MENOCAL & PEREZ, P.L.

Counsel for Plaintiff
4937 S.W. 74th Court, Unit 3
Miami, Florida 33155
Telephone: (305) 533-3464
Facsimile: (305) 553-3031

By: _Anthony J. Perez, Esq._
    Anthony J. Perez, Esq.
    Florida Bar No. 535451
    ajperezlaw@gmail.com